NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

18-383

STATE OF LOUISIANA

    Plaintiff-Appellee

VERSUS

JOSHUA MAYEAUX
A/K/A JOSHUA B. MAYEAUX

    Defendant-Appellant

\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 17-199960
HONORABLE WILLIAM J. BENNETT, JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*
**JOHN E. CONERY**
\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John E. Conery, Kent D. Savoie, and Van H. Kyzar, Judges.

**APPEAL DISMISSED.**

Charles A. Riddle, III
District Attorney, 12th Judicial District
P. O. Box 1200
Marksville, Louisiana 71351

Anthony F. Salario
Assistant District Attorney, 12th Judicial District
P.O. Box 503
Marksville, Louisiana 71351
COUNSEL FOR APPELLEE:
    State of Louisiana

**Chad Ikerd**
**Louisiana Appellant Project**
**P.O. Box 2125**
**Lafayette, Louisiana 70502-2125**
**COUNSEL FOR APPELLANT:**
    **Joshua Mayeaux**
    **a/k/a Joshua B. Mayeaux**

**Conery, Judge.**

On April 25, 2017, Defendant-Appellant, Joshua Mayeaux, a/k/a Joshua B. Mayeaux, was charged by bill of information with seven counts of unauthorized use of an access card, violations of La.R.S. 14:67.3. On November 13, 2017, Defendant-Appellant pled guilty to the charges. On February 14, 2018, Defendant-Appellant was sentenced to three months in the Avoyelles Parish jail on each count, to run concurrently with each other and any other sentence previously imposed.

On March 7, 2018, Defendant-Appellant filed a "MOTION TO RECONSIDER SENTENCE" with the trial court. On March 8, 2018, the trial court denied the motion.

On March 15, 2018, Defendant-Appellant filed a "NOTICE OF APPEAL WITH DESIGNATION OF RECORD AND MOTION TO APPOINT APPELLANT COUNSEL" with the trial court. On the same date, the trial court granted the notice and ordered that the Louisiana Appellate Project be appointed to represent Defendant-Appellant for appellate purposes. On May 15, 2018, this court lodged the appeal record. On June 12, 2018, this court issued a rule to show cause why the appeal should not be dismissed as non-appealable, since the offenses at issue are misdemeanors. La.Code Crim.P.art. 912.1. Defendant-Appellant did not respond. Accordingly, the appeal in this case is hereby dismissed.

**APPEAL DISMISSED.**